### JULIA R. BUTLER'S APPEAL FROM DOINGS OF COMMISSIONERS ON THE ESTATE OF MICHAEL KERWICK.

#### Third Judicial District.

Submitted on briefs June 13th—decided July 30th, 1907.

APPEAL from the disallowance of a claim presented against a decedent's estate, taken to the Superior Court in New Haven County and tried to the jury before *Robinson, J.;* verdict and judgment for the claimant for $452, and appeal by the estate from the refusal of the trial judge

---

* Transferred from the third judicial district.

to set aside the verdict as being against the evidence. *No error.*

*Charles S. Hamilton,* for the appellant (the estate).

*A. Heaton Robertson,* for the appellee (the claimant).

Opinion filed with the clerk of the Superior Court in New Haven County.